DEBORAH M. SMITH
Acting United States Attorney

EVE C. ZAMORA
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
MN Bar #0297859
Eve.zamora@wainwright.army.mil

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JUREAU ALTON IRVINE** <br><br> Defendant | Case Number <br><br> **COUNT I** <br> Driving While License Suspended, Revoked, or in Violation of a Limitation <br> (Class A Misdemeanor) <br> Violation of AS § 28.15.291 and 18 U.S.C. § 13 |

## I N F O R M A T I O N

The United States Attorney Charges that:

### COUNT I

On or about the 21st day of December, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, JUREAU ALTON IRVINE, drove a motor vehicle on a vehicular way at a time when his driver's license, privilege to drive, or privilege to

obtain a license had been suspended or revoked, in violation of Alaska Statutes § 28.15.291, as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this _____ day of June, 2006, at Fairbanks, Alaska.

        Respectfully submitted,

        DEBORAH M. SMITH
        Acting United States Attorney

        /s/ Eve C. Zamora
        EVE C. ZAMORA
        Special Assistant U.S. Attorney
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Telephone: (907)353-6561/6510
        Fax:(907)353-6501
        MN Bar #0297859
        Eve.zamora@wainwright.army.mil