AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JUREAU ALTON IRVINE | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 4:06-cr-00026-TWH |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W. HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>July 20, 2006 at 2:00 p.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13

Brief description of offense:
DRIVING WHILE LICENSE SUSPENDED, REVOKED OR IN VIOLATION OF A LIMITATION

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

June 21, 2006, Fairbanks, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]　　Date  6-29-2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Peyton, Co. by FAX and verified by phone._

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _6-29-2006_　　_Randy Johnson_
　　　　　　　Date　　　　　　　　　Name of United States Marshal

　　　　　　　　　　　　　　　　　_Holland R. Sarr_
　　　　　　　　　　　　　　　　　(by) Deputy United States Marshal

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.