UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUREAU ALTON IRVINE,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0026-TWH<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>PARTICIPATION** |

After due consideration of defendant's motion on shortened time for defendant to appear telephonically at his arraignment, the court GRANTS the motion.

It is further ordered that the motion to allow Mr. Irvine to appear telephonically at the arraignment set for July 20, 2006, at 2:00 p.m., be GRANTED. Mr. Irvine is to call (907) _____ at 2:00 p.m., Alaska Daylight Savings Time, on July 20, 2006.

DATED _____, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge

1