**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintfiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-cr-00026-TWH |
| | ) | |
| **JUREAU IRVINE** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT OF CONFERENCE**

    This is to certify that counsel for the parties have conferred regarding discovery in this case, production is complete and there are no outstanding discovery issues at this time.

    RESPECTFULLY SUBMITTED this 20th July 2006.

                                       EVE C. ZAMORA

                                       s/ Eve C. Zamora
                                       101 12th Avenue, Room 310
                                       Fairbanks, Alaska 99701
                                       Phone: (907) 353-6561/6510
                                       Fax: (907) 353-6501
                                       Email: eve.zamora@us.army.mil
                                       MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I certify that on July 20 2006,
a copy of this SUPERCEDING INFORMATION
was served electronically on:

M.J. Haden, Esq.


/s/ Eve C. Zamora