M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JUREAU ALTON IRVINE,<br><br>               Defendant. | Case No. 4:06-cr-0026-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

Defendant, Jureau Alton Irvine, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to change his plea.  A written plea agreement is in the process of being completed by the parties.  Mr. Irvine will plead guilty to the information charging him with one count of Driving While License Suspended or Revoked in violation of AS § 28.15. 291 as assimilated into federal law pursuant to 18 U.S.C. § 13.  The parties have agreed pursuant to Fed. R. Crim. P. 11(c)(1)(C) that the appropriate disposition is as follows:

- One year of probation with the special condition that Mr. Irvine complete 80 hours of community service;

- A fine of $250;

- A $25 special assessment.

Mr. Irvine respectfully requests that the court vacate the trial date of September 21, 2006, and schedule a change of plea/sentencing hearing in its place.

DATED this 7th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Eve Zamora, Esq.

/s/ M. J. Haden