MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JUREAU ALTON IRVINE   CASE NO. 4:06-CR-00026-TWH
Defendant: X Present (telephonically)

BEFORE THE HONORABLE _____ TERRANCE W. HALL _____

DEPUTY CLERK/RECORDER: _____ CATHRINE CONKLIN _____

UNITED STATES ATTORNEY: _____ EVE ZAMORA _____

DEFENDANT'S ATTORNEY: _____ M.J. HADEN _____

U.S.P.O.: _____ MARCI LUNDGREN _____

PROCEEDINGS: CHANGE OF PLEA/IMPOSITION OF SENTENCE
HELD: September 21, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:09 P.m. court convened.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant changed plea to guilty on Count 1 of the Information.

X Court accepted plea.

X Sentence imposed as stated in the judgment.

At 1:37 p.m. court adjourned.

DATE: September 21, 2006 __ DEPUTY CLERK'S INITIALS: ___ CC _____